IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RYAN BRUSHABER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:21-cv-06424 |
| | ) |
| NU-WAY INDUSTRIES, INC., | ) |
| | ) |
| Defendant. | ) |

**JOINT MOTION FOR ENTRY OF CONSENT DECREE**

NOW COME Plaintiff, Ryan Brushaber (Brushaber), and Defendant, Nu-Way Industries, Inc. (Nu-Way), both by their respective counsel, and respectfully request that this Honorable Court enter the Consent Decree proposed by the Parties. In support of this Joint Motion, the Parties state:

1. Brushaber brought this action against Nu-Way alleging retaliatory discharge and that Nu-Way did not properly pay Brushaber and other employees for all time worked. Plaintiff sought to maintain this as a collective action under the Fair Labor Standards Act and as a Rule 23 class action.

2. Nu-Way has adamantly denied Plaintiff's allegations.

3. The District Court referred the matter to the Honorable Magistrate Judge Gabriel Fuentes to conduct a settlement conference upon the Parties' request.

4. Magistrate Judge Fuentes conducted settlement conferences in this matter on March 22 and 24, 2023. The settlement conferences focused upon: a) individual terms regarding the Plaintiff and his attorneys; b) negotiating language to clarify Nu-Way's policy concerning clocking in and out and that employees are not allowed to work overtime without permission from their supervisors; and c) negotiation of a Consent Decree regarding Nu-Way's continued and ongoing commitment to pay all of its employees for all time worked, at the appropriate payroll rates.

5. With Magistrate Judge Fuentes' invaluable assistance, the Parties reached an agreement on all three issues. A copy of the Parties' proposed Consent Decree is attached hereto as Exhibit 1, and a copy of Defendant's Policy is attached to the proposed Consent Decree as Exhibit B.

6. Brushaber and Nu-Way have agreed to the terms of the attached Consent Decree final resolution of the litigation between them and jointly move that this Court enter the Parties' proposed Consent Decree.

7. In addition, Paragraph 11 of the Parties' Proposed Consent Decree anticipates that there shall be "an independent, court-appointed monitor selected by the Court from among the parties' separate submission of three candidates each," and that the "fees and costs of the independent, court-appointed monitor are to be borne by Nu-Way."

8. The Parties hereby request that the Court appoint the monitor from among the following candidates. First, J. Bryan Wood was nominated by Plaintiff and the Defendant

2

supports his nomination. If Mr. Wood is not acceptable to the Court, the other candidates proposed by Plaintiff are: Timothy Nolan, and Carol Coplan Babitt; and the three candidates proposed by Nu-Way are: Christopher Wilmes, Teresa Becvar and or James Zouras, and Ruth Major. The qualifications of each of the foregoing candidates are provided in Exhibit 2 to this Motion.

WHEREFORE, Plaintiff, Ryan Brushaber, and Defendant, Nu-Way Industries, Inc., by their respective counsel, respectfully request: a) that this Honorable Court enter the Consent Decree proposed by the Parties, b) sign the Notice to Employees attached to the Consent Decree as Exhibit A, c) appoint an independent monitor, and d) that the Court grant such further and additional relief as the Court deems just and proper.

Dated: April 23, 2023

Respectfully submitted,

/s/Jeffrey Grant Brown
    Jeffrey Grant Brown
    One of the attorneys for Plaintiff

/s/ Jeffrey S. Fowler
    Jeffrey Scot Fowler
    One of the attorneys for Defendant

Jeffrey Grant Brown
Jeffrey Grant Brown, P.C.
65 West Jackson Blvd., Suite 107
Chicago, Illinois 60604
(312) 789-9700

Jeffrey Scot Fowler (6205689)
Laner Muchin, Ltd.
515 North State St., Suite 2800
Chicago, Illinois 60654
(312) 467-9800