UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Ryan Brushaber
                            Plaintiff,

v.                                       Case No.: 1:21−cv−06424
                                                        Honorable Gabriel A. Fuentes

Nu−Way Industries, Inc.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 21, 2023:

       MINUTE entry before the Honorable Gabriel A. Fuentes: With this matter now before the magistrate judge on consent (doc. #s [36], [39]), and the parties having entered into a stipulation to dismiss this matter (doc. #[41]) without prejudice subject to a two−year Consent Decree that the parties jointly by motion (doc. #[42]) ask the Court to enter, the Court grants the Consent Decree motion. The Court will proceed to sign the Consent Decree and the Employee Notice form attached to the motion as exhibits, upon their submission in Word format to the Court's Proposed Order email box. Further per the motion, the Court appoints Timothy Nolan as the independent monitor. Mr. Nolan enjoys an outstanding reputation in this district as attorney with extensive familiarity with the Fair Labor Standards Act and related class and collective actions, and the Court finds him qualified to fulfill this monitorship role. The parties are directed to confer concerning an appropriate schedule for the monitor's reporting to the Court, consistent with the settlement agreement and with the need to conserve party resources. This matter is dismissed without prejudice, subject to reinstatement as may be necessary to enforce the Consent Decree during its term. The Consent Decree motion satisfies the Court's 4/24/23 status report requirement, which is otherwise vacated. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.